[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-14286
Non-Argument Calendar
_____

D.C. Docket No. 1:18-cr-00072-CG-B-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

IRIS AZUCENA GARCIA,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(September 3, 2019)

Before BRANCH, GRANT, and ANDERSON, Circuit Judges.

PER CURIAM:

William Bradford, appointed counsel for Iris Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Garcia's conviction and sentence are **AFFIRMED**.